LOUIS POLANSKY, APPELLANT, v. FEDERAL SHIPBUILD-
ING AND DRY DOCK COMPANY, RESPONDENT.

Submitted May 31, 1946—Decided October 4, 1946.

For the appellant, *Laurence Semel.*

For the respondent, *Stryker, Tams & Horner* and *William
L. Dill, Jr.*

PER CURIAM.

The judgment under review herein is affirmed, for the
reasons expressed in the opinion delivered by Mr. Justice
Parker in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, BODINE, DONGES,
PERSKIE, COLIE, WACHENFELD, WELLS, RAFFERTY, FREUND,
JJ.   9.

*For reversal*—HEHER, MCGEEHAN, MCLEAN, JJ.   3.